**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
CHARTER COMMUNICATIONS         :
ENTERTAINMENT I, LLC, d/b/a    :
CHARTER COMMUNICATIONS OF      :
NORTHEASTERN CONNECTICUT,      :
                               :
          Plaintiff,           :
                               :
v.                             :    Civ No. 3:02CV00972(AWT)
                               :
LINDA LANDRY,                  :
                               :
          Defendant.           :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__x__   A ruling on the following motion(s), which is/are currently pending:(orefm.)
- Doc.# <u>12 Petition for Examination of Judgment Debtor</u>

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following:  (orefmisc./cnf)

\_\_\_\_\_   Other:  (orefmisc./misc)_____

SO ORDERED this 12th day of November, 2004, at Hartford, Connecticut.

                                        /s/
                                  Alvin W. Thompson
                            United States District Judge