UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR -1  A 9: 15

U.S. DISTRICT COURT
HARTFORD, CT.

CHARTER COMMUNICATIONS            :
ENTERTAINMENT I, LLC, d/b/a       :
CHARTER COMMUNICATIONS OF         :
NORTHEASTERN CONNECTICUT,         :
                                  :
        Plaintiff,                :
                                  :
        v.                        :    CASE NO. 3:02CV972(AWT)
                                  :
LINDA LANDRY,                     :
                                  :
        Defendant.                :

ORDER FOR EXAMINATION AND NOTICE

On December 27, 2004, the court granted the plaintiff's Petition for Examination of Judgment Debtor. (Doc. #12)

It is hereby ORDERED that LINDA LANDRY appear before the undersigned on **March 31, 2005**, at **12:00 p.m.** at the United States District Court, East Courtroom, 450 Main Street, Hartford, Connecticut, then and there to be examined under oath concerning her property and means of paying the above judgment as described in the plaintiff's application.

The plaintiff is commanded to give notice of the pendency of this application and summon the judgment debtor, LINDA LANDRY, to appear at the place, date and time set forth for the examination by serving her, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing petition and of this Order at least six days before the date of the hearing.

Hereof fail not, but due service and return make.

Notice is hereby given to the judgment debtor that failure to comply with this order (appear before the court at the time and place stated) may subject the person served to sanctions, including being held in contempt of court.

SO ORDERED at Hartford, Connecticut this 28th day of February, 2005.

Donna F. Martinez
United States Magistrate Judge